UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No.: 24-CR-34 (LLA) |
| v. | : | |
| | : | |
| **LAMAR REDFIELD,** | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Emory V. Cole. AUSA Emory V. Cole will be substituting for AUSA Paul V. Courtney.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
D.C. Bar No. 481866

By: /s/ *Emory V. Cole*
EMORY V. COLE
P.A. Bar No. 49136
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7692
Emory.Cole@usdoj.gov